# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00182-CV

**Mark F. McDonnell, M.D., Appellant**

**v.**

**Texas Workers' Compensation Commission and Richard F. Reynolds, Appellees**

========================================================================
**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. GN404077, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**
========================================================================

## M E M O R A N D U M   O P I N I O N

Appellant Mark F. McDonnell, M.D., filed an unopposed motion to dismiss this appeal. Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Patterson and Pemberton

Dismissed on Appellant's Motion

Filed: June 16, 2005